UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LESLIE L. BURKHARDT, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 1:21-cv-02341-SEB-MJD |
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, et al. | ) ) ) ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 12, 2022, the Magistrate Judge submitted a Report and Recommendation [Dkt. 6] recommending that Plaintiff's claims in this matter be dismissed for failure to comply with the Court's Order [Dkt. 5] and Fed. R. Civ. P. 4(m), as well as for Plaintiff's failure to prosecute this action pursuant to Fed. R. Civ. P. 41(b).  The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Accordingly, Plaintiff's claims are **DISMISSED** without prejudice. The Clerk is directed to close this matter.

Date: _____2/4/2022_____

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

David W. Hemminger
HEMMINGER LAW OFFICE
hemmingerlawoffice@gmail.com